UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT L. SWEENEY | ) | Civil Action No. 5:21-CV-01267 |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | Stipulation – Document Filed Electronically |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| *Defendant*. | ) | |

### Parties' Stipulation for Remand

The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Acting Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Robert L. Sweeney |
| By Her Attorneys | By His Attorney |
| Carla B. Freedman, | |
| United States Attorney | |
| | |
| */s/ Molly Carter* | */s/ Howard D. Olinsky* [1] |
| Molly Carter | Howard D. Olinsky, Esq. |
| Special Assistant United States Attorney | NY Bar Roll No. 102297 |
| NY Bar Roll No. 701004 | Olinsky Law Group |
| Social Security Administration | 250 S. Clinton St., Ste. 210 |
| Office of the General Counsel | Syracuse, NY 13202 |

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Molly Carter, received on August 8, 2022.

1

2

| | |
|---|---|
| J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>Tel.: (617) 565-2393<br>molly.carter@ssa.gov | Telephone: (315) 701-5780<br>Fax: (315) 701-5781<br>holinsky@windisability.com |

Date: August 15, 2022                              IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge