# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Robert J. Sweeney**

       Plaintiff(s)

vs.                      **CASE NUMBER: 5:21-cv-1267 (ATB)**

**Commissioner of Social Security**

       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: STIPULATION/ORDER remanding to the Commissioner of Social Security for further administrative proceeding pursuant to the fourth sentence of 42 U.S.C. § 405(g).

All of the above pursuant to the order of the Honorable Frederick J. Scullin, Jr. dated the 15th day of August, 2022.

DATED: August 15, 2022

*[signature]*
Clerk of Court

                                                      s/Kathy Rogers
                                                      Deputy Clerk